# NORTHERN DISTRICT OF
## CLEVELAND, OHIO
801 W SUPERIOR AVE, CLEVELAND, OH, 44113

Marcus Ramos Sr  
Plaintiff

Date: March 4, 2022  
Case Number:

Judge:

Vs

**FILED**  
MAR 1 1 2022  
CLERK, U.S. DISTRICT COURT  
NORTHERN DISTRICT OF OHIO  
CLEVELAND

1:22 CV 395

Lorain County Children Services  
Defendant

JUDGE OLIVER

MAG. JUDGE GREENBERG

COMPLAINT ON LORAIN COUNTY CHILDREN SERVICES  
FOR CORRUPTION INSIDE THE ORGANIZATION  
CIVIL SUIT UNDER THE BRADY RULE AND CIVIL RIGHTS UNDER THE  
PROTECTION COLOR OF LAE SECTION 242 TITLE 18. INCLUDING WITH  
PAIN AND SUFFERING IN THE AMOUNT OF 3.5 MILLION DOLLARS

# OPENING STATEMENTS OF THE COMPLAINT

In March of 2017 there was altercation between myself Marcus Ramos Sr and the mother of my children the altercation resulted into my arrest and spent the weekend in jail on Monday morning I was released from Mahoning County Jail on April 3rd 2017 charges was dismissed and case was thrown out of lower level court in this complaint against Lorain County Children Services is that this organization was and is running corrupt scheme to tear down my family get money and keep moving forward.

## ARGUMENTS UPON THIS COMPLAINT

Under Ohio law, unmarried mothers automatically have sole custody of their children, even after paternity is established, so that leaves father to get children due to paternity was established which the children was with father during the takeaway in Youngstown, Ohio where the Civil Protection Order was filed at 1 week and 2 days before Todd Esterburg and his supervisor filed anything in the courts of Lorain County, Ohio.

A.) Marcus Ramos Sr has all rights to have his children due to there was not crime against myself.

B.) Marcus sr and Lametra Phillips doesn't have no case together they don't have noDV case I also wasn't charged I was just being held over the weekend in Mahoning County Jail no charges was filed or wasn't charged.

C.) Lorain County Children Services rewrote the law which was and violation act of my rights under Color of Law section 242 title 18 I was deprived of my rights also Lorain County Children Services used evidence against me Marcus Ramos Sr in case that was solely dismissed from another county in the state of Ohio.

Under the sections of 2151.01 to 2151.54 inclusive, of revised code, a child has the same residence or legal settlements as his parents, legal guardian of his person, or his custodian who stands in the relation of loco parentis brings the local rule of juvenile rule 10 Any person may file a complaint to have determined the custody of a child not a ward of another court of this state, and any person entitled to the custody of a child and unlawfully deprived of such custody may file a complaint requesting a writ of habeas corpus. Complaints concerning custody shall be filed in the county where the child is found or was last known to be.

Which is and violation to Ohio laws and rules also under section/chapter 2151 of the revised code to provide for the care, protection, and mental and physical development of children subject to Chapter 2151.01 whenever possible, in a family environment, separating the child from the child's parents only when necessary for the child's welfare or in the interests of public safety. Lorain County Children Services also violated my Civil Protection order that was served out on

June 5, 2017 evidence with served notice was handed to Todd Esterburg on the above date, Mr. Esterburg was then relieved of all duties as and caseworker from Lorain County Children Services fired.

Myself and mother was not married so there for the courts of Lorain County, Ohio doesn't have no jurisdiction due to the underline rule of Ohio Juvenile Rule 10 the statue points the case should've been handle by Mahoning County, Ohio judicial system which under 2151.23 subject to divisions (G), (I), (K), and (V), of section 2301.03 of the revised code, to determine the custody of any child not a ward of another court of this state; That's means under this section of 2151.23 the juvenile courts does not have any rights to open any cases against my children due to it was and pending case already opened against and caseworker and the children was last known to be in Mahoning County, Ohio when Mahoning County Sheriff Department came over Wednesday June 7th 2017.

Also Lorain County Children Services lied to the courts about the whereabouts for the children section 2151.233 Except as provided in division (B) of this section, the juvenile court shall not exercise jurisdiction under division (A)(2), (A) (11), or (B)(4) of domestic relations court shall have jurisdiction to determine custody or support regarding a child if any of the following apply:

D.) The child's parents are married to each other. Which I wasn't married to mother at all which under this Ohio law Lorain County Juvenile was not the right court to file any cases.

E.) This was corrupted organization that had my children ripped away from me with no sole purpose or evidence that my children was endanger of being harmed my children was fine didn't lack nothing food and clothing was given every day my children missed out on their grandfather life before my father passed.

## CLOSING ARGUMENTS IN COMPLAINT

Lorain County Children Services violated my rights as and father under the color of law and since then made my life and a pain and suffering getting slammed dunk on my head by police officers been getting charged for violence on speaking out about destroying black families destroying my family kidnapping my children from Mahoning County, Ohio taking my children to Lorain County, Ohio where they never stayed or was born at my children was living in a peaceful home till Lorain County Children Services came to my home kicked in my door and snatched my children all I see is my children crying out to me save me daddy save us daddy I felt hopeless because I had and gun pointed to the back of my head telling me if I move I would be and goner. Officers telling me do you want to see your kids again I was destroy hurt and lost trying every day to fight the pain of thinking about it. Lorain County Children Services broke the laws and kidnapped my children went out there way to take my children. So therefor I am suing in the amount of 3.5 million dollars under the color of law and pain and suffering.

## CERTIFICATE OF SERVICES

I hereby certify that a copy of the forgoing has been served on all parties on this case on March 4, 2022

Respectfully Submitted:

Marcus Ramos Sr

Marcus Ramos Sr
3810 W Fillmore Street
Apt 3W
Chicago, IL
60624

Signature: *[signature]*

Date: 03/4/2022